**WO**         IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,            )<br>                        Plaintiff,   )<br>              v.                              )<br>                                              )<br>Dennis Timothy Williams, Jr.,    )<br>                        Defendant.  )<br>_____) | 06-7268m<br><br>ORDER OF DETENTION |

In accordance with the Bail Reform Act, 18 U.S.C. § 3142(f), the defendant having submitted the issue of detention to the Court.

The Court incorporates and adopts by reference the assessment of nonappearance/danger findings of the Pretrial Services Agency which were reviewed by the Court at the time of the hearing in this matter.

Defendant does not dispute the information contained in the Pretrial Services Report

The Court concludes, by clear and convincing evidence, that defendant is a danger and requires detention pending trial.

The Court also concludes, that no condition or combination of conditions will reasonably assure the safety of others and the community.

IT IS THEREFORE ORDERED that defendant be detained pending further proceedings. 18 U.S.C. §3143; Rules 32.1(a)(1) and 46(c), Federal Rules of Criminal Procedure.

DATED this 13th day of November, 2006.

_____
Edward C. Voss
United States Magistrate Judge